ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
VIBHAV MITTAL
California State Bar No. 257874
Assistant United States Attorney
    United States Courthouse
    411 W. Fourth Street, 8th Floor
    Santa Ana, California 92701
    Telephone: (714) 338-3534
    Facsimile: (714) 338-3708
    E-Mail: Vibhav.Mittal@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. SA 12-448M |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR DESIGNATION AND DETENTION OF MATERIAL WITNESS |
| v. | ) | |
| JESUS QUINONES-CHAVEZ, | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that MARIA GUADALUPE ROMERO-GUTIERREZ ("ROMERO") is hereby declared to be a material witness in the above-captioned case.

//
//
//

1     IT IS HEREBY FURTHER ORDERED that the aforementioned
2 material witness shall be bound over to the custody of the United
3 States Marshal, Central District of California.

4
5 DATED: 9/28/12

                                  UNITED STATES MAGISTRATE JUDGE

10 Presented by:

12 /s/
    VIBHAV MITTAL
13 Assistant United States Attorney

2